[No. 38422-1-II.   Division Two.   November 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ROBERT BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00183-1, Robert L. Harris, J., entered October 6, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 38725-5-II.   Division Two.   November 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. THEAVY PO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01670-6, Barbara D. Johnson, J., entered December 5, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 26740-7-III.   Division Three.   November 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE TERRELL BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00418-5, Cameron Mitchell, J., entered December 7, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.

[No. 27254-1-III.   Division Three.   November 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY SEAN COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 07-1-50254-7, Craig J. Matheson, J., entered July 8, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Korsmo, JJ.